## Second Department, March, 1934.

City Real Estate Company, Plaintiff, v. Realty Construction Corporation, Defendant. In the Matter of the Application of Margaret E. Morgan, Appellant, for Leave to Sue Irwin Steingut, etc., as Receiver of Realty Construction Corporation, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of David Heyman and Others to Render and Settle Their Intermediate Account as Trustees of the Last Will and Testament of Frank Grossbard, Late of the County of Kings, Deceased. Frances Lerman and Others, etc., Appellants; Gussie Grossbard, Individually, and Nathan D. Shapiro and Others, as Trustees, etc., of Frank Grossbard, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs payable by appellants personally. Present — Hagarty, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.